FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0556

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**DA 22-0556**

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

PITASKUMMAPI DAVID GREEN,

     Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's thirteenth Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing,

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including April 19, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024